# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN VALENTIN, :
    Plaintiff :
  : CIVIL ACTION
v. : NO.: 18-1984
  :
ESPERANZA HOUSING COUNSELING, :
    Defendant :

## ORDER

AND NOW, this 31st day of July, 2019, upon consideration of Plaintiff's Third Amended Complaint (ECF No. 16-1) and Defendant's unopposed Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 22), it is hereby ORDERED as follows:

1. Defendant's Motion to Dismiss (ECF No. 22) is GRANTED;

2. Plaintiff's Third Amended Complaint is DISMISSED;

    a. The Fair Debt Collection Practice Act claim and Uniform Code of Military Justice claim of Plaintiff's Third Amended Complaint are DISMISSED WITH PREJUDICE per this Court's accompanying Memorandum;

    b. The Title VI claim and 42 U.S.C. § 1981 claim of Plaintiff's Third Amended Complaint are DISMISSED without prejudice to amendment—**on or before August 21, 2019**, Plaintiff may SEEK LEAVE to amend[1] only the Title VI claim and 42 U.S.C. § 1981 claim if he can cure them per this Court's accompanying Memorandum;

3. Plaintiff's failure to seek leave to amend in accordance with this Order may result in dismissal of Plaintiff's case without further notice; and,

---

[1] Should Plaintiff choose to seek leave to amend, any such motion shall be accompanied by Plaintiff's proposed Fourth Amended Complaint. Failure to include a proposed Fourth Amended Complaint may result in dismissal of Plaintiff's case without further notice.

4. Should Plaintiff choose to seek leave to amend, Defendant shall not respond unless and until ordered to do so by this Court.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.